SEALED

FILED

SEP - 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1   BENJAMIN B. WAGNER
    United States Attorney
2   JARED C. DOLAN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2767

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CR. NO.
                                     )
                 Plaintiff,          )   ORDER TO SEAL
12       v.                          )   (UNDER SEAL)
                                     )
13  MICHELLE WRIGHT,                 )
    JANEIGH MENDOZA,                 )
14  KENNETH WRIGHT,                  )   2:12 - CR - 316  WBS
    JAYMAR BROWN,                    )
15  JENNIFER BROWN, and              )
    BRANDY MINER,                    )
16                                   )
                 Defendants.         )
17  _____)

18       The Court hereby orders that the Indictment, the Petition of

19  Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this

20  Order, in the above-referenced case, shall be sealed until further

21  order of the Court.

22

23

24  DATED:  Sept. 6, 2012

25                                   GREGORY G. HOLLOWS
                                     _____
26                                   GREGORY G. HOLLOWS
                                     United States Magistrate Judge
27

28

                              1