```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  2:12-cr-00316-WBS
                                 )
12          Plaintiff,           )  REQUEST TO UNSEAL INDICTMENT,
                                 )  PETITION TO SEAL, and ORDER;
13      v.                       )  ORDER
                                 )
14  MICHELLE WRIGHT,             )
    JANEIGH MENDOZA,             )
15  KENNETH WRIGHT,              )
    JAYMAR BROWN,                )
16  JENNIFER BROWN, and          )
    BRANDY MINER,                )
17                               )
            Defendants.          )
18  _____)
```

19 TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE

20 JUDGE:

21     **COMES NOW Jared C. Dolan, Assistant United States Attorney**

22 **for the Eastern District of California, to petition this Court**

23 **and respectfully represent**:

24     On September 3, 2012, this Court ordered the Indictment,

25 Petition of Assistant U.S. Attorney Jared C. Dolan to Seal

26 Indictment, and Order to Seal, in the above-captioned matter, be

27 sealed until further order of the Court.  Since defendants

28 Kenneth Wright, Jaymar Brown and Brandy Miner have been arrested,

it is no longer necessary for the case to be sealed.

    Accordingly, the United States respectfully requests that the Indictment, Petition to Seal Indictment, Order Sealing the Indictment, and all other documents sealed pursuant to the Court's September 3, 2012 Order be unsealed.

Date: September 12, 2012        BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Jared C. Dolan
                                      JARED C. DOLAN
                                      Assistant U.S. Attorney

**ORDER**

    Upon Request of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Indictment, Petition to Seal Indictment, Order to Seal, and all other documents sealed pursuant to the Court's September 3, 2012 order be UNSEALED and made part of the public record.

DATE: September 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2