DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW C. BOCKMON, Bar# 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
JENNIFER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER BROWN, MICHELLE WRIGHT, JANEIGH MENDOZA, KENNETH WRIGHT, JAYMAR BROWN and BRANDY MINER, <br><br> Defendants. | CR-S-12-316 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** <br><br> DATE:  January 7, 2013 <br> TIME:  9:30 a.m. <br> JUDGE: William B. Shubb |

_____

It is hereby stipulated and agreed to between the United States of America through Jared C. Dolan, Assistant U.S. Attorney, and defendants, MICHELLE WRIGHT by and through her counsel, Shari Rusk, JANEIGH MENDOZA by and through her counsel, Candace Anne Fry, KENNETH WRIGHT by and through his counsel, Timothy E. Warriner, JAYMAR BROWN by and through his counsel, Michael E. Hansen, BRANDY MINER by and through her counsel, Olaf William Hedberg and JENNIFER BROWN by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of November 19, 2012, be vacated and a new status conference hearing date of **Monday, January 7, 2013, at 9:30 a.m.**, be set.

1  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

It is further stipulated and agreed between the parties that the time period from November 14, 2012, through and including the date of the new status conference hearing, January 7, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: November 14, 2012

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

        */s/ Matthew C. Bockmon*
        MATTHEW C. BOCKMON
        Assistant Federal Defender
        Attorney for Defendant
        JENNIFER BROWN

DATED: November 14, 2012        */s/ Matthew C. Bockmon for*
        SHARI RUSK
        Attorney for Defendant
        MICHELLE WRIGHT

DATED: November 14, 2012        */s/ Matthew C. Bockmon for*
        CANDACE ANNE FRY
        Attorney for Defendant
        JANEIGH MENDOZA

DATED: November 14, 2012        */s/ Matthew C. Bockmon for*
        TIMOTHY E. WARRINER
        Attorney for Defendant
        KENNETH WRIGHT

DATED: November 14, 2012        */s/ Matthew C. Bockmon for*
        MICHAEL E. HANSEN
        Attorney for Defendant
        JAYMAR BROWN

| | | |
|---|---|---|
| 1 | DATED: November 14, 2012 | */s/ Matthew C. Bockmon for* <br> OLAF WILLIAM HEDBERG <br> Attorney for Defendant <br> BRANDY MINER |
| 4 | DATED: November 14, 2012 | BENJAMIN B. WAGNER <br> United States Attorney <br><br> */s/ Matthew C. Bockmon for* <br> JARED C. DOLAN <br> Assistant U.S. Attorney <br> Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on November 14, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, November 19, 2012, be vacated and that the case be set for **Monday, January 7, 2013, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 14, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, November 14, 2012, through and including January 7, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: November 15, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE