**FILED**
December 7, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff,  ) <br> v. ) <br> ) <br> JAYMAR BROWN, ) <br> ) <br> Defendant. ) | Case No. 2:12-cr-00316-WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAYMAR BROWN, Case No. 2:12-cr-00316-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $100,000.00.

_____   Co-Signed Unsecured Appearance Bond

__X__   Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

_____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/07/2012  at _____

By _____
Edmund F. Brennan
United States Magistrate Judge