Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JAYMAR BROWN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     vs.<br><br>MICHELLE WRIGHT, et al.,<br><br>                              Defendants. | No. 2:12-CR-00316 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff; Shari Rusk, attorney for defendant Michelle Wright; Candace Fry, attorney for defendant Janeigh Mendoza; Tim Warriner, attorney for defendant Kenneth Wright; Michael Hansen, attorney for defendant Jaymar Brown; Matthew Bockmon, attorney for defendant Jennifer Brown; and Olaf Hedberg, attorney for defendant Brandy Miner, that the previously-scheduled status conference date of January 7, 2013, be vacated and the matter set for status conference on April 8, 2013, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and

1

**Stipulation and [Proposed] Order to Continue Status Conference**

that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 4, 2013, to and including April 8, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 4, 2013					Respectfully submitted,

							/s/ Michael E. Hansen
							MICHAEL E. HANSEN
							Attorney for Defendant
							JAYMAR BROWN

Dated: January 4, 2013					/s/ Michael E. Hansen for
							SHARI RUSK
							Attorney for Defendant
							MICHELLE WRIGHT

Dated: January 4, 2013					/s/ Michael E. Hansen for
							CANDACE FRY
							Attorney for Defendant
							JANEIGH MENDOZA

Dated: January 4, 2013					/s/ Michael E. Hansen for
							TIM WARRINER
							Attorney for Defendant
							KENNETH WRIGHT

Dated: January 4, 2013					DANIEL J. BRODERICK
							Federal Defender

							By: /s/ Michael E. Hansen for
							MATTHEW BOCKMON
							Attorney for Defendant
							JENNIFER BROWN

Dated: January 4, 2013					/s/ Michael E. Hansen for
							OLAF HEDBERG
							Attorney for Defendant
							BRANDY MINER

Dated: January 4, 2013					BENJAMIN B. WAGNER
							United States Attorney

							By: /s/ Michael E. Hansen for
							JARED DOLAN
							Assistant U.S. Attorney
							Attorney for Plaintiff

**Stipulation and [Proposed] Order to Continue Status Conference**

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 4, 2013, to and including April 8, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 7, 2013, status conference shall be continued until April 8, 2013, at 9:30 a.m.

IT IS SO ORDERED.

DATED: January 4, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order to Continue Status Conference**