Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JAYMAR BROWN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MICHELLE WRIGHT, et al.,<br><br>                    Defendants. | No. 2:12-CR-00316-LKK<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff; Shari Rusk, attorney for defendant Michelle Wright; Candace Fry, attorney for defendant Janeigh Mendoza; Erin Radekin, attorney for defendant Kenneth Wright; and Michael Hansen, attorney for defendant Jaymar Brown, that the previously-scheduled status conference/change of plea hearing date of August 6, 2013, be vacated and the matter set for status conference on August 27, 2013, at 9:15 a.m.

This continuance is requested because Mr. Hansen was recently reappointed and needs additional time to continue plea negotiations.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1

**Amended Stipulation and  Order to Continue Status Conference/Change of Plea Hearing**

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, August 1, 2013, to and including August 27, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  August 1, 2013                    Respectfully submitted,

                                          /s/ Michael E. Hansen
                                          MICHAEL E. HANSEN
                                          Attorney for Defendant
                                          JAYMAR BROWN

Dated:  August 1, 2013                    /s/ Shari Rusk
                                          SHARI RUSK
                                          Attorney for Defendant
                                          MICHELLE WRIGHT

Dated:  August 1, 2013                    /s/ Candace Fry
                                          CANDACE FRY
                                          Attorney for Defendant
                                          JANEIGH MENDOZA

Dated:  August 1, 2013                    /s/ Erin Radekin
                                          ERIN RADEKIN
                                          Attorney for Defendant
                                          KENNETH WRIGHT

Dated:  August 1, 2013                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          By:  /s/ Jared Dolan
                                          JARED DOLAN
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**Amended Stipulation and  Order to Continue Status Conference/Change of Plea Hearing**

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 1, 2013, to and including August 27, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the August 6, 2013, status conference/change of plea hearing shall be continued until August 27, 2013, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated: August 1, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Amended Stipulation and  Order to Continue Status Conference/Change of Plea Hearing**