CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for JANEIGH MENDOZA,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-00316-LKK |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE/CHANGE OF** |
| v. | ) | **PLEA HEARING AND TO EXCLUDE TIME** |
| | ) | **PURSUANT TO THE SPEEDY TRIAL ACT** |
| MICHELLE WRIGHT, et al., | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, Jared C. Dolan, Assistant United States Attorney, attorney for plaintiff, Shari G. Rusk, attorney for defendant Michelle Wright, Candace A. Fry, attorney for defendant Janeigh Mendoza, Erin J. Radekin, attorney for defendant Kenneth Wright, and Michael E. Hansen, attorney for defendant Jaymar Brown, that the previously scheduled status conference/change of plea hearing date of August 27, 2013, shall be vacated and the matter set for status conference/change of plea hearing on September 10, 2013, at 9:15 a.m.

This continuance is requested by all defense counsel to allow further time to confer with their clients and with the Government preparatory to entry of pleas.

The parties further stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial and

1  that the period from August 27, 2013, through September 10, 2013, shall be excluded from the

2  computation of the time within which the trial of this case must be commenced under the Speedy

3  Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

4

5  Dated:  August 22, 2013                    ___/s/ Candace A. Fry_____
                                            CANDACE A. FRY, Attorney for
6                                           Janeigh Mendoza, Defendant

7
   Dated:   August 22, 2013                 BENJAMIN B. WAGNER
8                                           United States Attorney

9                                           By  ___/s/ Candace A. Fry for_____
                                               JARED C. DOLAN
10                                              Assistant United States Attorney

11 Dated:  August 22, 2013                   ___/s/ Candace A. Fry for_____
                                            SHARI G. RUSK, Attorney for
12                                          Michelle Wright, Defendant

13 Dated:  August 22, 2013                   ___/s/ Candace A. Fry for_____
                                            ERIN J. RADEKIN , Attorney for
14                                          Kenneth Wright, Defendant

15 Dated:  August 22, 2013                   ___/s/ Candace A. Fry for_____
                                            MICHAEL E. HANSEN, Attorney for
16                                          Jaymar Brown, Defendant

17                                          (Signed for the above counsel with
                                            their prior authorization)
18

19                                  **O R D E R**

20         The Court, having received read and considered the stipulation of the parties, and good

21 cause appearing therefor, adopts the stipulation of the parties in its entirely as its order.  Based

22 on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it

23 is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the

24 time limits established in 18 U.S.C. §3161.  In addition, the Court specifically finds that the failure

25 to grant a continuance in this case would deny defense counsel reasonable time necessary for

26 effective preparation, taking into account the exercise of due diligence.  The Court finds that the

27 ends of justice to be served by granting the requested continuance outweigh the best interests of

28 the public and the defendants in a speedy trial.

1    The time from the date of the previously scheduled status conference/change of plea

2 hearing, August 27, 2013, to and including September 10, 2013, shall be excluded from

3 computation of time within which the trial of this case must be commenced under the Speedy

4 Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4 (reasonable time for

5 defense to prepare).  It is further ordered that the August 27, 2013, status conference/change of

6 plea hearing shall be continued to September 10, 2013, at 9:15 a.m.

7    IT IS SO ORDERED.

8

9    Dated: August 23, 2013

10

11    _____
   LAWRENCE K. KARLTON
12    SENIOR JUDGE
   UNITED STATES DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28