1   Michael E. Hansen
    Attorney at Law, SBN 191737
2   711 Ninth Street, Suite 100
    Sacramento, CA  95814
3   916.438.7711 FAX 916.438.7721

4   Attorney for Defendant
    JAYMAR BROWN

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            No. 2:12-CR-00316-LKK

11                         Plaintiff,    **STIPULATION AND ORDER TO
                                         CONTINUE STATUS**
12         vs.                           **CONFERENCE/CHANGE OF PLEA
                                         HEARING, AND TO EXCLUDE TIME**
13  MICHELLE WRIGHT, et al.,             **PURSUANT TO THE SPEEDY TRIAL
                                         ACT**
14                         Defendants.

15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff; Shari

18  Rusk, attorney for defendant Michelle Wright; Erin Radekin, attorney for defendant Kenneth

19  Wright; and Michael Hansen, attorney for defendant Jaymar Brown, that the previously-

20  scheduled status conference/change of plea hearing date of September 10, 2013, be vacated and

21  the matter set for status conference/change of plea hearing on September 17, 2013, at 9:15 a.m.

22         This continuance is requested because Mr. Hansen was recently reappointed and needs

23  additional time to continue plea negotiations.  All parties are engaged in plea negotiations.

24         The Government concurs with this request.

25         Further, the parties agree and stipulate the ends of justice served by the granting of such

26  a continuance outweigh the best interests of the public and the defendants in a speedy trial and

27  that time within which the trial of this case must be commenced under the Speedy Trial Act

28  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

**Stipulation and Order to Continue Status Conference/Change of Plea Hearing**

1    Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

2    stipulation, September 6, 2013, to and including September 17, 2013.

3            Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

4            IT IS SO STIPULATED.

5    Dated:  September 6, 2013                    Respectfully submitted,

6                                                /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
7                                                Attorney for Defendant
                                                 JAYMAR BROWN
8
     Dated:  September 6, 2013                    /s/ Shari Rusk
9                                                SHARI RUSK
                                                 Attorney for Defendant
10                                               MICHELLE WRIGHT

11   Dated:  September 6, 2013                    /s/ Erin Radekin
                                                 ERIN RADEKIN
12                                               Attorney for Defendant
                                                 KENNETH WRIGHT
13
     Dated:  September 6, 2013                    BENJAMIN B. WAGNER
14                                               United States Attorney

15                                               By:  /s/ Jared Dolan
                                                 JARED DOLAN
16                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff
17

18                                     **ORDER**

19           The Court, having received, read, and considered the stipulation of the parties, and

20   good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

21   Based on the stipulation of the parties and the recitation of facts contained therein, the Court

22   finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

23   itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

24   specifically finds that the failure to grant a continuance in this case would deny defense

25   counsel to this stipulation reasonable time necessary for effective preparation, taking into

26   account the exercise of due diligence.  The Court finds that the ends of justice to be served by

27   granting the requested continuance outweigh the best interests of the public and the defendants

28   in a speedy trial.

**Stipulation and Order to Continue Status Conference/Change of Plea Hearing**

1   The Court orders that the time from the date of the parties' stipulation, September 6,

2   2013, to and including September 17, 2013, shall be excluded from computation of time within

3   which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18

4   U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

5   prepare).  It is further ordered that the September 10, 2013, status conference/change of plea

6   hearing shall be continued until September 17, 2013, at 9:15 a.m.

7   **IT IS SO ORDERED**.

8   Dated:  September 10, 2013

9   LAWRENCE  K.  KARLTON

10  SENIOR JUDGE

    UNITED  STATES  DISTRICT  COURT

**Stipulation and Order to Continue Status Conference/Change of Plea Hearing**