Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JAYMAR BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MICHELLE WRIGHT, et al.,<br><br>                    Defendants. | No. 2:12-CR-00316-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff; Shari Rusk, attorney for defendant Michelle Wright; Erin Radekin, attorney for defendant Kenneth Wright; and Michael Hansen, attorney for defendant Jaymar Brown, that the previously-scheduled status conference/change of plea hearing date of September 17, 2013, be vacated and the matter set for status conference/change of plea hearing on October 1, 2013, at 9:15 a.m.

The parties are engaged in plea negotiations, with only the final details remaining.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and  Order to Continue Status Conference/Change of Plea Hearing**

stipulation, September 13, 2013, to and including October 1, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  September 13, 2013                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JAYMAR BROWN

Dated:  September 13, 2013                    /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
MICHELLE WRIGHT

Dated:  September 13, 2013                    /s/ Erin Radekin
ERIN RADEKIN
Attorney for Defendant
KENNETH WRIGHT

Dated:  September 13, 2013                    BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Jared Dolan
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**Stipulation and  Order to Continue Status Conference/Change of Plea Hearing**

1. The Court orders that the time from the date of the parties' stipulation, September 13, 2013, to and including October 1, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the September 17, 2013, status conference/change of plea hearing shall be continued until October 1, 2013, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated:  September 16, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and  Order to Continue Status Conference/Change of Plea Hearing**