UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 10, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JAYMAR BROWN, )<br>)<br>Defendant. ) | Case No. 2:12-CR-0316<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAYMAR BROWN, Case No. 2:12-CR-0316, Charge 18 U.S.C. 371 - Conspiracy to Commit Student Loan Fraud, from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   Time Served

Issued at Sacramento, CA on December 10, 2013 at 10:15 am.

                By /s/ Lawrence K. Karlton
                Lawrence K. Karlton
                United States District Judge

Original - U.S. Marshal