UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAYMAR BROWN,<br><br>　　　　Defendant. | No.　CR. S-12-316 LKK<br><br><br>**ORDER** |

　　　The court is in receipt of defendant Brown's motion to modify term of supervised release, for the reasons set forth therein, the motion is **GRANTED.** The Special Condition to "attend, cooperate with, and actively participate in a sex offender treatment and therapy program," and the related provision in which Mr. Brown may be required to have a "risk assessment, polygraph examination, and/or Visual Reaction Treatment," are VACATED.

　　　IT IS SO ORDERED.

　　　DATED: July 24, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1